U.S.C. § 866(c)(2006). [See also· ORDERS GRANTING PETITION FOR RE-VIEW this date.]

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0510/AF. U.S. v. Christopher S. Ferris. CCA 37885. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.

No. 14–0046/AR. U.S. v. Edwin M. Rivers. CCA 20110309. Appellee's motion to file a ten-day letter out of time is denied.

No. 14–0172/AR. U.S. v. Daniel M. McGinn. CCA 20100962. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including December 20, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0210/AF. U.S. v. Matthew D. Jolivet. CCA 38123. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 17, 2013.

No. 14–0211/AR. U.S. v. Longino S. Davis. CCA 20110576. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 17, 2013.

No. 14–0212/AR. U.S. v. Vanessa A. Cherry. CCA 20110855. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 14–0213/AF. U.S. v. Christopher J. Martin. CCA 38222. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.